UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALEZ SAENZ, K61926,<br>　　　　　Plaintiff,<br>　　v.<br>A. PELAYO, Correctional Officer,<br>　　　　　Defendant(s). | Case No. 17-cv-05565-CRB  (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying order denying plaintiff's motion for summary judgment and granting defendant's cross-motion for summary judgment, judgment is entered in favor of defendant and against plaintiff.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: January 7, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　United States District Judge

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALEZ SAENZ,<br><br>    Plaintiff,<br><br>    v.<br><br>A. PELAYO,<br><br>    Defendant. | Case No. 3:17-cv-05565-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Gonzalez Saenz ID: K61926
Centinela State Prison D3-101
P.O. Box 931
Imperial, CA 92251

Dated: January 7, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER